IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CR 121-018 |
| | * |
| GRADY BRANDON MOBLEY | * |

### ORDER

Before the Court in the captioned case is Defendant Grady Brandon Mobley's motion for early termination of probation for his involvement in a multi-jurisdictional illegal gambling operation. He was also ordered to pay a $2000 fine, $207,716 in restitution, and a $200 special assessment, all of which he has satisfied.

Mobley has complied with the terms of supervision except that he was arrested for disorderly conduct at a bar in Tybee Island, Georgia, in May 2024. Mobley did not report the arrest to his supervising probation officer within 72 hours as required, and Mobley was in violation of his curfew when arrested. The charge was dismissed after Mobley completed pretrial diversion in the state system. Mobley has also completed this Court's additional conditions of location monitoring and participation in a substance abuse treatment program. Nevertheless, based upon this incident, both the supervising probation officer and the United States Attorney's Office oppose early termination of probation.

Upon consideration, and in deference to the recommendation of the United States Probation Office, Mobley's motion for early termination of probation (doc. 127) is **DENIED** without prejudice to Mobley to re-file at any time after February 20, 2026.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA